IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:20CR342-1 |
| | : | |
| ROSALVA NEGRETE-TOLEDO, | : | |
| also known as Rosalva Cortes | : | |

The Grand Jury charges that:

## COUNT ONE

On or about September 7, 2016, in the County of Forsyth, in the Middle District of North Carolina, ROSALVA NEGRETE-TOLEDO, also known as Rosalva Cortes, did knowingly make a false statement and claim that she was a citizen of the United States in order to register to vote and to vote in any Federal, State, and local election; in violation of Title 18, United States Code, Section 1015(f).

## COUNT TWO

On or about September 7, 2016, in the County of Forsyth, in the Middle District of North Carolina, ROSALVA NEGRETE-TOLEDO, also known as Rosalva Cortes, did falsely represent that she was a citizen of the United States; in violation of Title 18, United States Code, Section 911.

## COUNT THREE

On or about November 8, 2016, in the County of Forsyth, in the Middle District of North Carolina, ROSALVA NEGRETE-TOLEDO, also known as Rosalva Cortes, an alien, cast a vote in an election held for the purpose of electing a candidate for the office of President, Vice President, Member of the United States Senate, and Member of the House of Representatives; in violation of Title 18, United States Code, Section 611(a).

## COUNT FOUR

On or about November 6, 2018, in the County of Forsyth, in the Middle District of North Carolina, ROSALVA NEGRETE-TOLEDO, also known as Rosalva Cortes, an alien, cast a vote in an election held for the purpose of electing a candidate for the office of President, Vice President, Member of the United States Senate, and Member of the House of Representatives; in violation of Title 18, United States Code, Section 611(a).

DATED: August 31, 2020

_____
BY: MATTHEW G.T. MARTIN
United States Attorney

A TRUE BILL:

_____
FOREPERSON